UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER GUNN and LINDA GUNN, | ) |
| *Plaintiffs*, | ) ) ) No. 1:19-cv-01385-JMS-MPB |
| *vs.* | ) ) |
| THRASHER, BUSCHMANN & VOELKEL, P.C., | ) ) |
| *Defendant*. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiffs and in favor of Defendant, such that Plaintiffs shall take nothing by way of their Amended Complaint.

Date: 11/12/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**

1